JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
EXCELSIA LEATHERWARE COMPANY

DEFENDANTS
KENNETH HOROWITZ and
BAG STUDIO, LLC

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
POLLOCK COHEN LLP
60 Broad Street, 24th Floor, New York, NY  10004
(212) 337-5361

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 1332

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☑   Judge Previously Assigned

If yes, was this case  Vol. ☐   Invol. ☐   Dismissed. No ☐   Yes ☐   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No ☐   Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

TORTS                                                                                 ACTIONS UNDER STATUTES

CONTRACT                    PERSONAL INJURY         PERSONAL INJURY/           FORFEITURE/PENALTY        BANKRUPTCY                 OTHER STATUTES
                                                    [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE          [ ] 310 AIRPLANE            PHARMACEUTICAL PERSONAL [ ] 625 DRUG RELATED     [ ] 422 APPEAL              [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT    INJURY/PRODUCT LIABILITY    SEIZURE OF PROPERTY      28 USC 158             [ ] 376 QUI TAM
[ ] 130  MILLER ACT             LIABILITY             [ ] 365 PERSONAL INJURY        21 USC 881           [ ] 423 WITHDRAWAL         [ ] 400 STATE
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &      PRODUCT LIABILITY     [ ] 690 OTHER                 28 USC 157                 REAPPORTIONMENT
         INSTRUMENT             SLANDER               [ ] 368 ASBESTOS PERSONAL                                                       [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL               INJURY PRODUCT                                                              [ ] 430 BANKS & BANKING
         OVERPAYMENT &          EMPLOYERS'                LIABILITY            PROPERTY RIGHTS                                        [ ] 450 COMMERCE
         ENFORCEMENT            LIABILITY                                                                                             [ ] 460 DEPORTATION
         OF JUDGMENT        [ ] 340 MARINE            PERSONAL PROPERTY         [ ] 820 COPYRIGHTS                                    [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT                              [ ] 830 PATENT                                               ENCED & CORRUPT
[ ] 152  RECOVERY OF            LIABILITY             [ ] 370 OTHER FRAUD       [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION              ORGANIZATION ACT
         DEFAULTED          [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING                                                               (RICO)
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE                               [ ] 840 TRADEMARK                                     [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)        PRODUCT LIABILITY                                                         SOCIAL SECURITY             [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL    [ ] 380 OTHER PERSONAL    LABOR
         OVERPAYMENT            INJURY                    PROPERTY DAMAGE                                 [ ] 861 HIA (1395ff)        [ ] 850 SECURITIES/
         OF VETERAN'S       [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE   [ ] 710 FAIR LABOR        [ ] 862 BLACK LUNG (923)        COMMODITIES/
         BENEFITS               MED MALPRACTICE          PRODUCT LIABILITY          STANDARDS ACT        [ ] 863 DIWC/DIWW (405(g))       EXCHANGE
[ ] 160  STOCKHOLDERS                                                           [ ] 720 LABOR/MGMT        [ ] 864 SSID TITLE XVI
         SUITS                                                                      RELATIONS            [ ] 865 RSI (405(g))
[x] 190  OTHER                                        PRISONER PETITIONS        [ ] 740 RAILWAY LABOR ACT                             [ ] 890 OTHER STATUTORY
         CONTRACT                                     [ ] 463 ALIEN DETAINEE    [ ] 751 FAMILY MEDICAL                                      ACTIONS
[ ] 195  CONTRACT                                     [ ] 510 MOTIONS TO             LEAVE ACT (FMLA)    FEDERAL TAX SUITS            [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                          VACATE SENTENCE
         LIABILITY          ACTIONS UNDER STATUTES        28 USC 2255                                    [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE           CIVIL RIGHTS              [ ] 530 HABEAS CORPUS     [ ] 790 OTHER LABOR           Defendant)              [ ] 893 ENVIRONMENTAL
                                                      [ ] 535 DEATH PENALTY         LITIGATION           [ ] 871 IRS-THIRD PARTY            MATTERS
                            [ ] 440  OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER [ ] 791 EMPL RET INC         26 USC 7609             [ ] 895 FREEDOM OF
REAL PROPERTY                      (Non-Prisoner)                                   SECURITY ACT (ERISA)                                    INFORMATION ACT
                            [ ] 441 VOTING                                                                                            [ ] 896 ARBITRATION
[ ] 210  LAND               [ ] 442 EMPLOYMENT                                  IMMIGRATION                                           [ ] 899 ADMINISTRATIVE
         CONDEMNATION       [ ] 443 HOUSING/          PRISONER CIVIL RIGHTS                                                                 PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE               ACCOMMODATIONS                               [ ] 462 NATURALIZATION                                      APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &       [ ] 445 AMERICANS WITH    [ ] 550 CIVIL RIGHTS           APPLICATION
         EJECTMENT                 DISABILITIES -     [ ] 555 PRISON CONDITION  [ ] 465 OTHER IMMIGRATION                             [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND             EMPLOYMENT         [ ] 560 CIVIL DETAINEE        ACTIONS                                                 STATE STATUTES
[ ] 245  TORT PRODUCT       [ ] 446  AMERICANS WITH      CONDITIONS OF CONFINEMENT
         LIABILITY                 DISABILITIES -OTHER
[ ] 290  ALL OTHER          [ ] 448 EDUCATION
         REAL PROPERTY


Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $ 2,760,000   OTHER _____   JUDGE _____   DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

| (PLACE AN x IN ONE BOX ONLY) | | | ORIGIN | | | |
|---|---|---|---|---|---|---|
| [x] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation (Transferred) | [ ] 7 Appeal to District Judge from Magistrate Judge |
| | [ ] a. all parties represented | | | | | |
| | [ ] b. At least one party is pro se. | | | | [ ] 8 Multidistrict Litigation (Direct File) | |

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [x] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [x] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [x] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
EXCELSIA LEATHERWARE COMPANY
FLT 1621 HENG SHEN HSE HENG ON
HONG KONG

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
BAG STUDIO, LLC, 10 W 33RD STREET ROOM 528, NEW YORK, NY 10001
KENNETH HOROWITZ, 33 CARDINAL DR, ROSLYN, NY 11576

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE 4/8/2019    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
RECEIPT #    /s/ Adam Pollock    [x] YES (DATE ADMITTED Mo. 05 Yr. 2008)
Attorney Bar Code # AP1330

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)