UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXCELSIA LEATHERWARE COMPANY,

    Plaintiff,

    - against -

KENNETH HOROWITZ and
BAG STUDIO, LLC,

    Defendants.

Case No. 19 Civ. 3127

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Excelsia Leatherware Company certifies that there are no corporate parents, affiliates and/or subsidiaries of said party.

Dated: New York, NY
       April 9, 2019

                                       POLLOCK COHEN LLP

                                       By:   /s/ *Adam Pollock*
                                            Adam Pollock
                                       60 Broad Street, 24th Floor
                                       New York, NY 10004
                                       (212) 337-5361
                                       Adam@PollockCohen.com
                                       *Attorneys for Plaintiff*