UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXCELSIA LEATHERWARE COMPANY,

Plaintiff,

- against -

KENNETH HOROWITZ and
BAG STUDIO, LLC,

Defendants.

Case No. 19 Civ. 3127

**REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1, Plaintiff in the above-captioned action hereby requests an entry of default by the Clerk of the Court based upon defendants' failure to file an answer or otherwise move with respect to the Complaint filed on April 8, 2019.

As detailed in the accompanying Affidavit of Adam Pollock, the defendants (1) are not infants, in the military, nor incompetent persons; (2) have failed to plead or otherwise defend against the action; and (3) the Complaint was properly served on defendant Bag Studio, LLC on April 10, 2019 and on defendant Kenneth Horowitz on April 11, 2019.

Defendants are therefore subject to entry of a default judgment by the Clerk of the Court pursuant to Fed. R. Civ. Pro. 55(a).

Pursuant to Local Civil Rule 55.2(c), all papers submitted herewith are being simultaneously mailed to the last known residence of defendant Kenneth Horowitz and to the last known business address of defendant Bag Studio, LLC.

Dated: New York, NY
      May 8, 2019

POLLOCK COHEN LLP

By: /s/ *Adam Pollock*
    Adam Pollock
60 Broad Street, 24th Floor
New York, NY  10004
(212) 337-5361
Adam@PollockCohen.com
*Attorneys for Plaintiff*