| | | |
|---|---|---|
| EXCELSIA LEATHERWARE COMPANY | | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:19 CV 03127<br>DATE FILED: 04/08/2019<br>Job #: 500146<br>Client File# |
| vs | *Plaintiff* | |
| KENNETH HOROWITZ AND BAG STUDIO LLC | | POLLOCK COHEN LLP<br>60 BROAD STREET 24TH FL<br>NEW YORK, NY 10004 |
| | *Defendant* | |

CLIENT'S FILE NO.:          **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF QUEENS ss:

I, Robert Piaskowy, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 4/10/2019 at 2:03 PM at 10 W 33RD STREET ROOM 528, NEW YORK, NY 10001, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL

by personally delivering to and leaving with GINA TRANI for BAG STUDIO, LLC , a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 22 - 35 Yrs., **Approx Weight**: 100-130 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Blonde

Sworn to before me on 04/11/2019
DEBRA A SCOTT 01SC6137374
Notary Public State of NEW YORK
QUEENS County, Commission Expires 11/21/21



Robert Piaskowy
1298947

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*