UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXCELSIA LEATHERWARE COMPANY,

    Plaintiff,

- against -

KENNETH HOROWITZ and
BAG STUDIO, LLC,

    Defendants.

No. 19 Civ. 3127

## DECLARATION OF WILSON CHAN

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a shareholder of Defendant Bag Studio, LLC.

2. On April 11, 2019, I received an email from Kenneth Horowitz, the president of Bag Studio, LLC. The subject of his email was "Lawsuit". I am attaching hereto a true and correct copy of this email.

3. The email attached scans or photos of the summonses from the above-captioned action to Defendant Horowitz and Defendant Bag Studio.

4. Given that he emailed me copies of the summonses, I believe that Mr. Horowitz was served with copies thereof.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6. Executed on May 8th, 2019.

By: _____
    Wilson Chan

**From:** **Wilson Chan** wilson@bagstudiohkg.com
**Subject:** FW: Lawsuit
**Date:** May 2, 2019 at 11:01 PM
**To:** Kit Mak kit.mak@dgexcelsia.com



Kit,
For your info.
Thanks!
Wilson

**From:** Kenny Horowitz <Kenny@bagstudionyc.com>
**Sent:** Thursday, April 11, 2019 7:06 PM
**To:** Wilson Chan <wilson@bagstudiohkg.com>
**Subject:** Lawsuit

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| EXCELSIA LEATHERWARE COMPANY, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 19 Civ. 3127 |
| KENNETH HOROWITZ and BAG STUDIO, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BAG STUDIO, LLC

10 W 33RD STREET ROOM 528
NEW YORK, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        POLLOCK COHEN LLP
        60 Broad Street, 24th Floor
        New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                CLERK OF COURT

Date:    4/9/2019

                /S/ P. NEPTUNE
                Signature of Clerk or Deputy Clerk



500147

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| EXCELSIA LEATHERWARE COMPANY, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 19 Civ. 3127 |
| KENNETH HOROWITZ and BAG STUDIO, LLC, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MR. KENNETH HOROWITZ
33 CARDINAL DR.
ROSLYN, NY 11576

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if yo are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    POLLOCK COHEN LLP
    60 Broad Street, 24th Floor
    New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complain You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/9/2019

/S/ P. NEPTUNE

Signature of Clerk or Deputy Clerk

Kenny Horowitz
President of Bag Studio

President of Bag Studio
10 w 33rd st Suite 528
New York NY 10001
C 917-865-2724