**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

EXCELSIA LEATHERWARE COMPANY,

Plaintiff(s),

19      3127      VM

**_____ Civ. _____( )**

- against -

**CLERK'S CERTIFICATE**
**OF DEFAULT**

KENNETH HOROWITZ and BAG STUDIO,

Defendant(s),

-----------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for

**the Southern District of New York, do hereby certify that this action was commenced on**
 April 8, 2019
**_____ with the filing of a summons and complaint, a copy of the summons and**
                                    on April 10, 2019 and April 11, 2019,
**complaint was served on defendant(s) _____**
                    Defendant Bag Studio and by serving Defendant Horowitz at his
**by personally serving** place of business and completing service by mail_____,
                                    April 11, 2019                        9, 10
**_and proof of service was therefore filed on_  _____, Doc. #(s) _____.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

**_____, 20___**                          **RUBY J. KRAJICK**
                                                  **Clerk of Court**


                                          **By: _____**
                                                  **Deputy Clerk**