UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/19
```

EXCELSIA LEATHERWARE COMPANY,

    Plaintiff,

    - against -

KENNETH HOROWITZ and
BAG STUDIO, LLC,

    Defendants.

Case No. 19 Civ. 3127

STIPULATION OF VOLUNTARY
DISMISSAL UNDER F.R.C.P.
41(a)(1)(A)(II)

### STIPULATION OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants Kenneth Horowitz and Bag Studio, LLC under Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

By: /s/ Adam Pollock
Adam Pollock
POLLOCK COHEN LLP
60 Broad Street, 24th Floor
New York, NY 10004
(212) 337-5361
Adam@PollockCohen.com
*Attorneys for Plaintiff*

By: /s/ Clifford A. Katz
Clifford A. Katz
PLATZER, SWERGOLD, LEVINE,
GOLDBERG, KATZ & JASLOW, LLP
475 Park Ave S.
New York, NY 10016
(212) 593-3000
ckatz@platzerlaw.com
*Attorneys for Defendants*

SO ORDERED.

6-10-19
DATE

/s/ Victor Marrero
VICTOR MARRERO, U.S.D.J.